**Electronically Filed
Supreme Court
SCWC-11-0000344
11-APR-2013
11:42 AM**

SCWC-11-0000344

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ROGER A. PAI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000344; 2DTC-10-003203)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Roger A. Pai's application for writ of certiorari, filed March 8, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 11, 2013.

James S. Tabe                    /s/ Mark E. Recktenwald
for the petitioner               /s/ Paula S. Nakayama
                                 /s/ Simeon R. Acoba, Jr.
                                 /s/ Sabrina S. McKenna
                                 /s/ Richard W. Pollack

